# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **COCONUT BREEZE CUISINE INCORPORATED,** | Case No. 26-10640-DJB |
| Debtor. | |
| **In re:** | Chapter 11 |
| **IRIE ENTREE LLC,** | Case No. 26-10642-DJB |
| | (Motion for joint administration pending) |
| Debtor. | |

## ORDER EXTENDING TIME

AND NOW, this ____ day of, _____ 2026, upon consideration of the Motion of the above captioned Debtors for an Extension of Time within which to file their Corporate Ownership Statements, Lists of Equity Security Holders, Schedules A/B, D, E/F, G, and H, Statements of Attorney Compensation, Statements of Financial Affairs, Summaries of Assets and Liabilities, Small Business Balance Sheets, Small Business Cash Flow Statements, Small Business Statements of Operations, and Small Business Tax Returns (together, the "Schedules and Statements"), and good cause having been shown, it is hereby

ORDERED, that the Debtors are granted an extension of time within which to file their Schedules and Statements from the current deadlines of March 4, 2026 and February 25, 2026, until March 18, 2026.

BY THE COURT:

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

**Date: February 26, 2026**