**Fill in this information to identify the case:**

Debtor name   **Irie Entree LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-10642-DJB**

■ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   BCA Capital Partners LLC**<br>Creditor's Name<br>**Attn: Marcella G. Rabinovich, Esq.**<br>**MGR LAW**<br>**100 Merrick Rd #W212**<br>**Rockville Centre, NY 11570**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor's assets and accounts** | **$38,390.24** | **Unknown** |

Creditor's email address, if known

**Describe the lien**

**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**9/22/2025**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| **2.2   Corporation Service Company, as Rep**<br>Creditor's Name<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Future receipts** | **Unknown** | **Unknown** |

Creditor's email address, if known

**Describe the lien**

**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor   **Irie Entree LLC**
         Name

Case number (if known)   **26-10642-DJB**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Fox Funding Group LLC** | **Describe debtor's property that is subject to a lien** | **$27,193.18** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All accounts and proceeds of Debtor** | | |

**803 S 21st Ave
Hollywood, FL 33020**
Creditor's mailing address

**Describe the lien**
**Commercial Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**7/31/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Pennsylvania Department of Revenue** | **Describe debtor's property that is subject to a lien** | **$29,678.78** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Business assets of Debtor** | | |

**Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **PIDC Community Capital** | **Describe debtor's property that is subject to a lien** | **$115,085.69** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Business assets of Debtor** | | |

**1500 Market Street West
Philadelphia, PA 19102**
Creditor's mailing address

**Describe the lien**

---

Debtor **Irie Entree LLC**
_____
Name

Case number (if known) **26-10642-DJB**

**Commercial Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**3/26/2024**

**Last 4 digits of account number**
**0101**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Simply Funding LLC** | | Unknown | Unknown |

Creditor's Name

**Attn: First Corporate Solutions**
**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Certain future receivables**

**Describe the lien**
**Commercial Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **WebBank** | | $39,668.40 | Unknown |

Creditor's Name

**Attn: Toast Capital**
**333 Summer Street**
**Boston, MA 02210**
Creditor's mailing address

**capital@toasttab.com**
Creditor's email address, if known

**Date debt was incurred**
**7/2/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Debtor's right, title, and interest in and to all accounts receivable**

**Describe the lien**
**Commercial Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Irie Entree LLC**
_____
Name

Case number (if known)   **26-10642-DJB**

☒ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **WebBank** | **Describe debtor's property that is subject to a lien** | **$4,593.99** | **Unknown** |

Creditor's Name

**Attn: Toast Capital
333 Summer Street
Boston, MA 02210**

Creditor's mailing address

**capital@toasttab.com**

Creditor's email address, if known

**Date debt was incurred
6/5/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
Debtor's right, title, and interest in and to all accounts receivable**

_____

**Describe the lien
Commercial Lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$254,610.28**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |