**Fill in this information to identify the case:**

Debtor name     **Irie Entree LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-10642-DJB**

■ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                  **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................   $ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................   $ **254,974.69**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................................   $ **254,974.69**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ **254,610.28**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $ **15,890.64**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ **636,623.81**

4.  **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b   $ **907,124.73**