# United States Bankruptcy Court
## Eastern District of Pennsylvania

| In re | **Irie Entree LLC** | | Case No. | **26-10642-DJB** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    4/22/2026

DocuSigned by:

*Fitzpatrick Coleman*

5AE577A83E054B7

**Fitzpatrick Coleman**/**Managing Member**
Signer/Title

Docusign Envelope ID: 256200F6-1326-882B-832B-082555450E69

Coconut Breeze Cuisine Incorporated
708 Church Lane
Lansdowne, PA 19050